SIM GILL, #06389
Salt Lake District Attorney
By: BRADLEY C. JOHNSON, #10638
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah 84111
Telephone: (385) 468-7765
Fax: (385) 468-7800

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| In re: | [**Filed Electronically**] |
|---|---|
| KJM Investments LLC, | Bankruptcy No. 19-20181 |
|  | Chapter 13 |
| Debtor(s). |  |

**NOTICE OF APPEARANCE AND REQUEST FOR MATRIX ENTRY AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of the Salt Lake County Treasurer.

Pursuant to Bankruptcy Rules 2002(g), 3017(a) and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all notices, given or required to be given, and all documents, served or required to be given, be served upon:

BRADLEY C. JOHNSON
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah 84111
bcjohnson@slco.org

DATED this 17th day of January, 2019.

                                    SIM GILL
                                    Salt Lake District Attorney

                                  /s/ Bradley C. Johnson
                                  BRADLEY C. JOHNSON
                                  Deputy District Attorney

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS, was delivered as noted below, to the following on 18 January 2019.

LON JENKINS, Trustee
(Received Electronically)

Pro Se
Attorney for Debtor
(Received Electronically)

                                  /s/ Ashley George